McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-MJ-0144 DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| ANTHONY FRIES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Having read and considered the parties' stipulation to continue the current preliminary hearing date of July 18, 2008, to July 25, 2008, in this matter,

    IT IS THE ORDER of the Court that the current preliminary hearing date is hereby continued to July 25, 2008, at 1:30 p.m.

IT IS SO ORDERED.

Dated: **July 17, 2008**                    **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE